B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of Maine

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Tardy-Connors Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Moosehead Furniture Company; DBA Moosehead Furniture** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **26-0564058** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **123 Chapin Avenue Monson, ME** ZIP Code **04464** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Piscataquis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **PO Box 476 Newport, ME** ZIP Code **04953-0476** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Tardy-Connors Group, LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Tardy-Connors Group, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney*

X _[signed]_____
Signature of Attorney for Debtor(s)

**Joshua R. Dow**
Printed Name of Attorney for Debtor(s)

**Pearce & Dow, LLC**
Firm Name

**Two Monument Square
P.O. Box 108
Portland, ME 04112-0108**
Address

**(207) 822-9900**
Telephone Number

1/21/10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed] Joshua A. Tardy_____
Signature of Authorized Individual

**Joshua Tardy**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

1/21/10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# TARDY-CONNORS GROUP, LLC

## SPECIAL MEETING OF THE MEMBERS

### By Unanimous Written Consent

### January 20, 2010 (2:30 PM/EST)

The undersigned, being all of the Members of TARDY-CONNORS GROUP, LLC, a Maine Limited Liability Company (the "Company"), in accordance with Title 31, Section 622 of the Maine Revised Statutes, DO HEREBY TAKE the following action and DO HEREBY CONSENT to the adoption of the following resolutions, AND CONSENT THAT such action shall be deemed to have been taken and that such resolutions shall be deemed to have been adopted as, and shall have the same full force and effect as, actions and resolutions duly taken and adopted at a duly called and held Meeting of the Members of the Company at which a quorum was present and acting throughout:

**RESOLVED:** That Tardy-Connors Group, LLC authorizes the filing of a bankruptcy petition in the United States Bankruptcy Court and further authorizes the retention of the law firm Pearce & Dow as counsel for debtor in said bankruptcy petition.

**FURTHER RESOLVED:** That Joshua A. Tardy, in his capacity as member, be and is hereby authorized to execute any and all documents required in his discretion, on behalf of the Company, to facilitate the bankruptcy process including but without limitation the authority to approve and execute all documents typical to a bankruptcy proceeding.

This Written Consent shall be effective on and as of the date and year first written above upon its execution by all of the Members and shall be filed with the records of the meetings of the Members of the LLC.

_____
Joshua A. Tardy

_____
Dana F. Connors

_____
Edward Skovron, Jr.

_____
Robert M. Morris

OUTLOOK ASSOCIATES, LLC

_____
By: Brian J. Bowman, Member


_____
Jonathan Seavey


_____
Joseph Bruno

## TARDY-CONNORS GROUP, LLC

### SPECIAL MEETING OF THE MEMBERS

### By Unanimous Written Consent

### January 20, 2010 (2:30 PM/EST)

The undersigned, being all of the Members of TARDY-CONNORS GROUP, LLC, a Maine Limited Liability Company (the "Company"), in accordance with Title 31, Section 622 of the Maine Revised Statutes, DO HEREBY TAKE the following action and DO HEREBY CONSENT to the adoption of the following resolutions, AND CONSENT THAT such action shall be deemed to have been taken and that such resolutions shall be deemed to have been adopted as, and shall have the same full force and effect as, actions and resolutions duly taken and adopted at a duly called and held Meeting of the Members of the Company at which a quorum was present and acting throughout:

**RESOLVED:** That Tardy-Connors Group, LLC authorizes the filing of a bankruptcy petition in the United States Bankruptcy Court and further authorizes the retention of the law firm Pearce & Dow as counsel for debtor in said bankruptcy petition.

**FURTHER RESOLVED:** That Joshua A. Tardy, in his capacity as member, be and is hereby authorized to execute any and all documents required in his discretion, on behalf of the Company, to facilitate the bankruptcy process including but without limitation the authority to approve and execute all documents typical to a bankruptcy proceeding.

This Written Consent shall be effective on and as of the date and year first written above upon its execution by all of the Members and shall be filed with the records of the meetings of the Members of the LLC.

_____
Joshua A. Tardy

_____
Dana F. Connors

_____
Edward Skovron, Jr.

_____
Robert M. Morris

## TARDY-CONNORS GROUP, LLC

## SPECIAL MEETING OF THE MEMBERS

### By Unanimous Written Consent

### January 20, 2010 (2:30 PM/EST)

The undersigned, being all of the Members of TARDY-CONNORS GROUP, LLC, a Maine Limited Liability Company (the "Company"), in accordance with Title 31, Section 622 of the Maine Revised Statutes, DO HEREBY TAKE the following action and DO HEREBY CONSENT to the adoption of the following resolutions, AND CONSENT THAT such action shall be deemed to have been taken and that such resolutions shall be deemed to have been adopted as, and shall have the same full force and effect as, actions and resolutions duly taken and adopted at a duly called and held Meeting of the Members of the Company at which a quorum was present and acting throughout:

**RESOLVED:** That Tardy-Connors Group, LLC authorizes the filing of a bankruptcy petition in the United States Bankruptcy Court and further authorizes the retention of the law firm Pearce & Dow as counsel for debtor in said bankruptcy petition.

**FURTHER RESOLVED:** That Joshua A. Tardy, in his capacity as member, be and is hereby authorized to execute any and all documents required in his discretion, on behalf of the Company, to facilitate the bankruptcy process including but without limitation the authority to approve and execute all documents typical to a bankruptcy proceeding.

This Written Consent shall be effective on and as of the date and year first written above upon its execution by all of the Members and shall be filed with the records of the meetings of the Members of the LLC.

_____
Joshua A. Tardy

_____
Dana F. Connors

_____
Edward Skovron, Jr.

_____
Robert M. Morris

# TARDY-CONNORS GROUP, LLC

## SPECIAL MEETING OF THE MEMBERS

### By Unanimous Written Consent

### January 20, 2010 (2:30 PM/EST)

The undersigned, being all of the Members of TARDY-CONNORS GROUP, LLC, a Maine Limited Liability Company (the "Company"), in accordance with Title 31, Section 622 of the Maine Revised Statutes, DO HEREBY TAKE the following action and DO HEREBY CONSENT to the adoption of the following resolutions, AND CONSENT THAT such action shall be deemed to have been taken and that such resolutions shall be deemed to have been adopted as, and shall have the same full force and effect as, actions and resolutions duly taken and adopted at a duly called and held Meeting of the Members of the Company at which a quorum was present and acting throughout:

**RESOLVED:** That Tardy-Connors Group, LLC authorizes the filing of a bankruptcy petition in the United States Bankruptcy Court and further authorizes the retention of the law firm Pearce & Dow as counsel for debtor in said bankruptcy petition.

**FURTHER RESOLVED:** That Joshua A. Tardy, in his capacity as member, be and is hereby authorized to execute any and all documents required in his discretion, on behalf of the Company, to facilitate the bankruptcy process including but without limitation the authority to approve and execute all documents typical to a bankruptcy proceeding.

This Written Consent shall be effective on and as of the date and year first written above upon its execution by all of the Members and shall be filed with the records of the meetings of the Members of the LLC.

_____
Joshua A. Tardy

_____
Dana F. Connors

_____
Edward Skovron, Jr.

_____
Robert M. Morris

OUTLOOK ASSOCIATES, LLC

By: *[signature]* Brian J. Bowman, Member

---

Jonathan Seavey

---

Joseph Bruno

OUTLOOK ASSOCIATES, LLC

_____
By: Brian J. Bowman, Member

_____
Jonathan Seavey

_____
Joseph Bruno

OUTLOOK ASSOCIATES, LLC

_____
By: Brian J. Bowman, Member


_____
Jonathan Seavey

_____
Joseph Bruno