B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maine

In re  Tardy-Connors Group, LLC
Debtor(s)

Case No. _____
Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dwain Allen<br>108 Grove Street<br>Dover Foxcroft, ME 04426 | Dwain Allen<br>108 Grove Street<br>Dover Foxcroft, ME 04426 | | | 63,117.70 |
| GMC Hardwoods Inc.<br>P.O. Box 3216<br>Boston, MA 02241-3216 | GMC Hardwoods Inc.<br>P.O. Box 3216<br>Boston, MA 02241-3216 | | | 35,150.57 |
| Lander & Sons, Inc.<br>625 Steadmans Landing<br>Dover Foxcroft, ME 04426 | Lander & Sons, Inc.<br>625 Steadmans Landing<br>Dover Foxcroft, ME 04426 | | | 27,002.57 |
| Pride Mfg Co., LLC<br>Box 88879<br>Milwaukee, WI 53288-8879 | Pride Mfg Co., LLC<br>Box 88879<br>Milwaukee, WI 53288-8879 | | | 22,980.00 |
| Aetna<br>P.O. Box 7247-0233<br>Philadelphia, PA 19170-0233 | Aetna<br>P.O. Box 7247-0233<br>Philadelphia, PA 19170-0233 | | | 21,591.46 |
| Dawn MacPherson Allen<br>Pleasant Street<br>Monson, ME 04464 | Dawn MacPherson Allen<br>Pleasant Street<br>Monson, ME 04464 | | | 20,000.00 |
| Central Maine Power Company<br>P.O. Box 1084<br>Augusta, ME 04332-1084 | Central Maine Power Company<br>P.O. Box 1084<br>Augusta, ME 04332-1084 | | Subject to Setoff | 18,203.96 |
| Hardwood Products Company<br>31 School Street<br>Guilford, ME 04443 | Hardwood Products Company<br>31 School Street<br>Guilford, ME 04443 | | | 18,203.95 |
| Don Macumber<br>8 Oak Knoll Road<br>Natick, MA 01760 | Don Macumber<br>8 Oak Knoll Road<br>Natick, MA 01760 | | | 17,682.18 |
| Jay M. Link II<br>16 Fox Point Rd<br>Portsmouth, NH 03801-2718 | Jay M. Link II<br>16 Fox Point Rd<br>Portsmouth, NH 03801-2718 | | | 16,676.65 |
| B & H Panel Co.<br>P.O. Box 3146<br>Asheboro, NC 27204 | B & H Panel Co.<br>P.O. Box 3146<br>Asheboro, NC 27204 | | | 13,320.00 |
| Janet E. Sawyer<br>108 Grove Street<br>Dover Foxcroft, ME 04426 | Janet E. Sawyer<br>108 Grove Street<br>Dover Foxcroft, ME 04426 | | | 11,447.22 |

B4 (Official Form 4) (12/07) - Cont.
In re   Tardy-Connors Group, LLC                                      Case No. _____
                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| J. Group Advertising<br>P.O. Box 1204<br>Bangor, ME 04402-1204 | J. Group Advertising<br>P.O. Box 1204<br>Bangor, ME 04402-1204 | | | 10,000.00 |
| The Valspar Corporation<br>Valspar Lockbox 771830<br>1830 Solutions Center<br>Chicago, IL 60677-1008 | The Valspar Corporation<br>Valspar Lockbox 771830<br>1830 Solutions Center<br>Chicago, IL 60677-1008 | | | 9,955.39 |
| Volk Packaging Corp.<br>P.O. Box 1011<br>Biddeford, ME 04005-4498 | Volk Packaging Corp.<br>P.O. Box 1011<br>Biddeford, ME 04005-4498 | | | 8,851.71 |
| Land Air Express<br>P.O. Box 503<br>Williston, VT 05495 | Land Air Express<br>P.O. Box 503<br>Williston, VT 05495 | | | 7,493.26 |
| State of Maine - Department of Labor<br>47 State House Station<br>Augusta, ME 04333-0047 | State of Maine - Department of Labor<br>47 State House Station<br>Augusta, ME 04333-0047 | | | 6,778.18 |
| Gordon Webb<br>1695 Stanley Road<br>Cazenovia, NY 13035 | Gordon Webb<br>1695 Stanley Road<br>Cazenovia, NY 13035 | | | 5,833.50 |
| Pleasant River Lumber<br>P.O. Box 68<br>Dover Foxcroft, ME 04426 | Pleasant River Lumber<br>P.O. Box 68<br>Dover Foxcroft, ME 04426 | | | 5,293.96 |
| Gilman Electrical Supply<br>P.O. Box 98<br>Newport, ME 04953 | Gilman Electrical Supply<br>P.O. Box 98<br>Newport, ME 04953 | | | 5,124.15 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   January 21, 2010                    Signature   /s/ Joshua Tardy
                                                       Joshua Tardy
                                                       Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.