UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

IN RE:                                    )
                                          )        Chapter 11
TARDY-CONNORS GROUP, LLC,                 )
                                          )        Case No.:  10-10060
        DEBTOR.                           )

## OBJECTION AND RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY MACHIAS SAVINGS BANK

NOW COMES Tardy-Connors Group, LLC, as debtor and debtor in possession (the "Debtor") and files its objection and response to the Motion for Relief from Stay dated April 23, 2010 [Docket No. 50] (the "Motion") filed by Machias Savings Bank ('Machias").  In support thereof, the Debtor states as follows:

### RESPONSE REQUIRED BY D.ME LBR  9013-1

1.      The Debtor is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1 of the Motion and therefore puts Machias to its proof.

2.      Admitted.

4.      Admitted.

5.      In response to the allegations set forth in Paragraph 5 of the Motion, the Debtor states that Exhibit A is a legal document and speaks for itself.

6.      The Debtor is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Motion and therefore puts Machias to its proof.

7.      In response to the allegations set forth in Paragraph 7 of the Motion, the Debtor admits that it has not made post-petition payments to Machias except in accordance with prior

orders of this Court. The Debtor is without information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 7 of the Motion and therefore puts Machias to its proof.

8.      The Debtor is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of the Motion and therefore puts Machias to its proof.

9.      In response to the allegations set forth in Paragraph 9 of the Motion, the Debtor states that <u>Exhibit B</u> is a legal document and speaks for itself.

10.      In response to the allegations set forth in Paragraph 10 of the Motion, the Debtor states that <u>Exhibit B</u> is a legal document and speaks for itself.

11.      The Debtor is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 11 of the Motion and therefore puts Machias to its proof.

12.      In response to the allegations set forth in Paragraph 12 of the Motion, the Debtor admits that it has not made post-petition payments to Machias except in accordance with prior orders of this Court. The Debtor is without information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 12 of the Motion and therefore puts Machias to its proof.

13.      The Debtor is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 13 of the Motion and therefore puts Machias to its proof.

14.      In response to the allegations set forth in Paragraph 14 of the Motion, the Debtor states that <u>Exhibit C</u> is a legal document and speaks for itself.

15.      Admitted, upon information and belief.

16.      In response to the allegations set forth in Paragraph 16 of the Motion, the Debtor states that <u>Exhibit D</u> is a legal document and speaks for itself.

17.     In response to the allegations set forth in Paragraph 17 of the Motion, the Debtor states that <u>Exhibit E</u> is a legal document and speaks for itself.

18.     The allegations set forth in Paragraph 18 of the Motion constitute conclusions of law to which no response by the Debtor is required.  To the extent that a response by the Debtor is required, the Debtor states that it is without information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 of the Motion and therefore puts Machias to its proof.

19.     Admitted.

20.     Admitted.

21.     Denied.

22.     In response to the allegations set forth in Paragraph 22 of the Motion, the Debtor admits that other parties may claim liens and/or interests in the assets of the Debtor.  Answering further, the Debtor states that property taxes with respect to the Debtor's assets are accruing.

23.     The Debtor admits the allegations set forth in the first two sentences of Paragraph 23 of the Motion.  The Debtor denies the allegations set forth in the last sentence of Paragraph 23 of the Motion.

24.     Denied.  Answering further, the Debtor states that certain previously approved payments were made to Machias.

25(a).  Denied.

25(b).  Denied.

25(c).  In response to the allegations set forth in Paragraph 25(c), the Debtor admits that Machias currently maintains the only property insurance policy with respect to the Debtor's assets.  Answering further, the debtor denies that good cause exists to grant the Motion.

25(d).  Denied.

25(e).  In response to the allegations set forth in Paragraph 25(e), the Debtor admits that property taxes are accruing.  Answering further, the Debtor further admits that no payments have been made to Machias except those previously approved by this Court.  Answering further, the Debtor denies that good cause exists to grant the Motion.

26.  Admitted.

## OBJECTION AND FURTHER RESPONSE OF DEBTOR

1.  Any interest(s) of Machias in the assets of the Debtor is adequately protected by an equity cushion.

2.  Any interest(s) of Machias in the assets of the Debtor can be adequately protected by adequate protection payments or other means, if necessary.

3.  The Debtor's assets are not depreciating or being consumed.

4.  The Debtor does have liability insurance.

5.  A reorganization is in prospect, and the assets of the Debtor in which Machias claims an interest are necessary to such a reorganization.

WHEREFORE, the Debtor hereby respectfully requests that this Honorable Court enter its order denying the Motion for Relief from Stay filed by Machias.

Dated at Portland, Maine this 19th day of May, 2010.

_____/s/ Joshua R. Dow_____
Joshua R. Dow
Pearce & Dow, LLC
Attorneys for the Debtor
Two Monument Square, Suite 901
P.O. Box 108
Portland, Maine 04112-0108
(207) 822-9900