```
                 UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF MAINE
```

In re:                        )
                              )
TARDY-CONNORS GROUP, LLC,     )    Case No. 10-10060
                              )         Chapter 11
        Debtor                )

## ORDER GRANTING RELIEF FROM STAY

This matter came before the Court on the motion of Machias Savings Bank ("MSB") seeking relief from stay pursuant to 11 U.S.C. § 362(d) so as to pursue its state law remedies as against real and personal property of the Debtor and including the following:

- real property situated generally at 123 Chapin Avenue in Monson, Maine described in the mortgage deed dated September 21, 2007 and recorded in the Piscataquis Registry of Deeds in Vol. 1872, Page 241; and
- all business assets of the Debtor and including but not limited to all machinery, equipment, furniture, fixtures, inventory, receivables, and general intangibles.

With the consent of the Debtor and and for good cause shown, it is hereby ORDERED, that MSB is granted immediate relief from stay so as to pursue its state law remedies as against the real and personal property described in the motion of MSB, such remedies of MSB including but not limited to the right to exclusive possession of any or all of such collateral (real and personal) and which the Debtor shall promptly surrender to MSB.

Pursuant to Fed.R.Bankr.P 4001(a)(3) and D.Me. LBR 9013-1(d)(1), all parties having consented hereto, this Order shall become effective immediately.

Dated: June 17, 2010

_____
UNITED STATES BANKRUPTCY COURT

**SEEN AND AGREED TO:**

/s/ Michael S. Haenn
Attorney for
Machias Savings Bank


/s/ Joshua R. Dow
Attorney for Debtor