**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: ) | |
| ) | |
| **TARDY-CONNORS GROUP, LLC,** ) | **Chapter 11** |
| ) | **Case No. 10-10060 LHK** |
| Debtor. ) | |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION
TO CONVERT DEBTOR'S CHAPTER 11 CASE TO CHAPTER 7**

The Court having before it the November 29, 2010 Motion to Convert Debtor's Chapter 11 Case to Chapter 7 filed by the United States Trustee in the above-captioned matter (the "Motion to Convert"); the Debtor, Tardy-Connors Group, LLC (the "Debtor"), consenting to the relief requested in the Motion to Convert; and there being no other objection to the Motion to Convert; it is hereby **ORDERED, ADJUDGED, and DECREED,** as follows:

A. The above-captioned Chapter 11 case of Tardy-Connors Group, LLC is hereby **CONVERTED** to a proceeding under Chapter 7 of the Code.

B. The Court hereby **ORDERS** that the Debtor shall:

i. Within 14 days, turn over to the Chapter 7 Trustee all records, documents, assets, and property of the estate in its possession, custody, and/or control as required by Fed. R. Bankr. P. 1019(4);

ii. Within 14 days of the date of this Order, file an accounting of all receipts and distributions made, together with a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case, as required by Fed. R. Bankr. P. 1019(5); and

iii. Within 14 days of the date of this Order, file with the Court the amended statements and schedules required by Fed. R. Bankr. P. 1019(1) and 1007(b), to the extent such documents have not already been filed with the Court.

DATE: January 5, 2011

_____
Louis H. Kornreich,
Chief Judge, United States Bankruptcy Court

SEEN AND AGREED TO:

 /s/ Joshua R. Dow
Joshua R. Dow, Esq.
Attorney for the Debtor,
Tardy-Connors, LLC

 /s/  Jennifer H. Pincus
Jennifer H. Pincus, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee