UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

*******************************
In Re: Tardy-Connors Group, LLC     *
                                    *     Chapter 7 Bankruptcy
                                    *     Case No. 10-10060
                                    *
                Debtor               *
*******************************

# TRUSTEE'S COMBINED NOTICE OF INTENTION TO ABANDON PROPERTY AND REPORT OF NO DISTRIBUTION

TO: United States Trustee, Debtor, and Parties-in-Interest:

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. Section 554 of the United States Bankruptcy Code, the Chapter 7 Trustee of the above-named Debtor's estate intends to abandon the following property:

<u>Property</u>: Close out balances of two "Debtor in Possession" Chapter 11 accounts totaling $324.50 plus accruing interest.

<u>Value</u>: $324.50 plus accruing interest

<u>Secured Creditor</u>:   Machias Savings Bank
                          c/o Michael Haenn, Esq.
                          P.O. Box 915
                          Bangor, ME 04402-0915

<u>Amount Owed</u>: In excess of $1,000,000.00

<u>Reason</u>: Value of asset is greatly exceeded by amount owed. Distribution would be burdensome.

NOTE: Following the expiration of the objection period herein, it is the Trustee's intention, in the absence of any objections, to forward the noted funds to Machias Savings Bank, c/o Michael Haenn, Esq., P.O. Box 915, Bangor, ME 04402-0915.

Any party objecting to the abandonment of the property described in this Notice must file <u>written specifications</u> of the grounds for said objection and a <u>written request for a hearing</u> thereon no later than April 18, 2011 with the Clerk of the United States Bankruptcy Court for the District of Maine, 202 Harlow Street, Room 331, Bangor,

Maine 04401, with a copy to Stephen Morrell, Esq., Assistant United States Trustee, 537 Congress St., Room 303, Portland, Maine 04101, and a copy to the undersigned.

If no objection and request for a hearing are filed within the stated time, the property shall be deemed to have been abandoned.

\* \* \* \* \* \* \* \* \*

## REPORT OF NO DISTRIBUTION

The Trustee reports that he has neither received any property nor paid any money on account of the Estate except exempt property; that he has made a diligent inquiry into the financial affairs of the Debtor(s) and the location of property of the Estate; and that there is no property available for distribution from the Estate over and above that exempted by law.

Pursuant to F.R.B.P 5009, the undersigned hereby certifies that the Estate of the above-named Debtor(s) has been fully administered.

The Trustee requests that this Report be approved and that he be discharged from any further duties as Trustee herein.

Dated at Bangor, Maine this 28th day of March, 2011.

    /s/ Gary M. Growe
Gary M. Growe, Esq.
Chapter 7 Trustee of the Bankruptcy
Estate of Tardy-Connors Group, LLC

Gary M. Growe, Esq.
Chapter 7 Trustee
50 Columbia Street, Suite 79
Bangor, ME 04401

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

```
*******************************
In Re: Tardy-Connors Group, LLC    *
                                   *    Chapter 7 Bankruptcy
                                   *    Case No. 05-12700
                                   *
                  Debtor           *
*******************************
```

## CERTIFICATE OF SERVICE FOR ELECTRONIC FILING

I hereby certify that I served a true and correct copy of the Trustee's Combined Notice of Intention To Abandon Property And Report Of No Distribution, dated March 28, 2011, on each of the parties set forth on this Service List via U.S. mail, postage prepaid, on March 28, 2011.

All other parties listed on the Notice of Electronic Filing have been served electronically.


Dated: March 28, 2011                         /s/ Kimberly J. McKay
                                                          Kimberly J. McKay
                                                          Bankruptcy Paralegal